UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN O'KEEFE,

    Plaintiff,

v.     Case No. 8:18-cv-1957-T-33CPT

DEPUTY DARRELL PATTERSON, ET AL.,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to pro se Plaintiff John O'Keefe's Unopposed Motion for Permission to Use the CM/ECF System (Doc. # 16), filed on August 23, 2018. The Court grants the Motion. The Court directs Plaintiff to visit the Court's website and register himself for a CM/ECF account (login and password) with the assistance of the Clerk's Office. Plaintiff is directed to contact Ariel Guzman at (813) 301-5439 for assistance. Once Plaintiff receives his CM/ECF account, Plaintiff is directed to utilize the Court's electronic case management filing system when filing any document with the Court.

Plaintiff is cautioned that he must comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Administrative Procedures for Electronic Filing. The Court directs Plaintiff to review

these rules prior to filing any document on CM/ECF. Additional information regarding CM/ECF is available on the Court's website at www.flmd.uscourts.gov.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff John O'Keefe's Unopposed Motion for Permission to Use the CM/ECF System (Doc. # 16) is **GRANTED**.

(2) Plaintiff is directed to register himself for a CM/ECF account (login and password) with the assistance of the Clerk's Office as detailed herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 24th day of August, 2018.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE